IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY CHONG** *et al.*, | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| v. | : | |
| | : | |
| **7-ELEVEN, INC**, | : | NO. 18-1542 |
| *Defendant*. | : | |

# ORDER

**AND NOW**, this 27th day of February, 2019, upon consideration of Defendant 7-Eleven Inc.'s Motion to Dismiss (Doc. No. 18), Plaintiffs Anthony Chong and MT133123, Inc.'s response thereto (Doc. No. 25), 7-Eleven's Motion to Stay Arbitrable Claims (Doc. No. 19), the plaintiffs' response thereto (Doc. No. 24), and the parties' supplemental briefing on these issues (Doc. Nos. 29, 30, 31), **it is ORDERED** as follows:

1. 7-Eleven's Motion to Dismiss (Doc. No. 18) is **GRANTED IN PART AND DENIED IN PART** as set out in the accompanying Memorandum;
2. Mr. Chong's individual claims are **DISMISSED**;
3. 7-Eleven's Motion to Stay Arbitrable Claims (Doc. No. 19) is **GRANTED**;
4. The plaintiffs' vendor negotiating practices claims—including their claims concerning 7-Eleven's proprietary products—are **STAYED** pending the resolution by arbitration pursuant to Sections 15(j), 15(k), and Exhibit J to the Franchise Agreements; and
5. The remainder of this case will proceed.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE