**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY CHONG** *et al.*, | : | |
| *Plaintiffs* | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **7-ELEVEN, INC,** | : | **No. 18-1542** |
| *Defendant* | : | |

## ORDER

      **AND NOW**, this ___2nd___ day of September, 2020, upon consideration of the Amended

Motion for Reconsideration (Doc. No. 90), Letter Request (Doc. No. 91), 7-Eleven, Inc.'s response

in opposition (Doc. No. 93), and the reply thereto (Doc. No. 94), it is **ORDERED** that the

Amended Motion for Reconsideration (Doc. No. 90) is **DENIED** as outlined in the accompanying

Memorandum.

                                **BY THE COURT:**

                                  **GENE E.K. PRATTER**
                                  **UNITED STATES DISTRICT JUDGE**