IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY CHONG, *et al.*, | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| 7-ELEVEN, INC, | : | No. 18-1542 |
| *Defendant* | : | |

## ORDER

AND NOW, this 21st day of September, 2020, upon consideration of 7-Eleven, Inc.'s Motion to Amend Judgment for Award of Prejudgment Interest (Doc. No. 87), and Plaintiffs' response in opposition (Doc. No. 88), it is **ORDERED** that the Motion to Amend Judgment for Award of Prejudgment Interest (Doc. No. 87) is **GRANTED** as outlined in the accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**